BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General, Civil Division
ARUN G. RAO
Deputy Assistant Attorney General, Civil Division
AMANDA N. LISKAMM
Director, Consumer Protection Branch
LISA K. HSIAO
Senior Deputy Director, Civil Litigation
RACHAEL L. DOUD
ZACHARY A. DIETERT
Assistant Directors
BENJAMIN A. CORNFELD
MARCUS P. SMITH
Trial Attorneys
Consumer Protection Branch
Civil Division, U.S. Department of Justice
450 5th Street, NW, Suite 6400-South
Washington, DC 20001
Telephone: (202) 305-1537 (Cornfeld)
            (202) 353-9712 (Smith)

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BYTEDANCE LTD., et al.<br><br>    Defendants. | Case No. 2:24-cv-06535<br><br>**NOTICE OF RELATED CASES** |

    In accordance with Local Rule 83-1.3.1, Plaintiff the United States of America ("the United States") files the instant Notice of Related Cases because the above-captioned case and another case previously filed in this District, *United*

Page 1

*States v. Musical.ly*, et al., No. 2:19-cv-01439-ODW-RAO (C.D. Cal. Feb. 27, 2019), call for determination of the same or substantially related questions of law or fact.

1. In February 2019, the United States filed a complaint against Musical.ly and Musical.ly, Inc. alleging violations of Sections 1303(c) and 1306(d) of the Children's Online Privacy Protection Act of 1998 ("COPPA"), 15 U.S.C. §§ 6502(c) and 6505(d), the Children's Online Privacy Protection Rule (the "COPPA Rule"), 16 C.F.R. pt. 312, and Section 5 of the FTC Act, 15 U.S.C. § 45. *See Musical.ly*, No. 2:19-cv-01439-ODW-RAO (ECF No. 1). On March 27, 2019, this Court entered a Stipulated Order for Civil Penalties, Permanent Injunction, and Other Relief against Musical.ly and Musical.ly, Inc. *Musical.ly*, No. 2:19-cv-01439-ODW-RAO (ECF No. 10). The order imposed a $5.7 million civil penalty; required the defendants to destroy personal information of users under the age of 13 and, by May 2019, remove accounts of users whose age could not be identified; enjoined the defendants from violating the COPPA Rule; and ordered additional relief. In April 2019, Musical.ly was renamed TikTok Ltd., and in May 2019, Musical.ly Inc. was renamed TikTok Inc.

2. The United States brings this action against defendants TikTok Ltd. and TikTok Inc.—the defendants in *Musical.ly*—as well as TikTok U.S. Data Security Inc., ByteDance Ltd., ByteDance Inc., and TikTok Pte. Ltd. for violations of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), Section 1303(a) of COPPA, 15 U.S.C. § 6502(a), and the COPPA Rule, 16 C.F.R. pt. 312 (effective July 1, 2013).

3. Both this case and *Musical.ly* allege that the companies that own and operate the platform now known as TikTok violated the FTC Act, COPPA, and the COPPA Rule by allowing children to create and access accounts without their parents' knowledge or consent, collecting data from those children, and failing to comply with parents' requests to delete their children's accounts and information.

The cases, therefore, call for determination of the same or substantially related questions of law and fact.

4. Accordingly, these are Related Cases for the purposes of Local Rule 83.1.3.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 2, 2024 | Respectfully submitted, |
| 3 | | |
| 4 | OF COUNSEL, FOR THE FEDERAL TRADE COMMISSION: | BRIAN M. BOYNTON Principal Deputy Assistant Attorney General, Civil Division |
| 5 | | |
| 6 | JONATHAN W. WARE | ARUN G. RAO |
| 7 | IRIS MICKLAVZINA SARAH CHOI | Deputy Assistant Attorney General |
| 8 | MICHAEL SHERLING | AMANDA N. LISKAMM |
| 9 | Attorneys Federal Trade Commission | Director, Consumer Protection Branch |
| 10 | 600 Pennsylvania Avenue NW, Mailstop CC-6316 | LISA K. HSIAO Senior Deputy Director, Civil Litigation |
| 11 | Washington, DC 20580 | |
| 12 | (202) 326-2726 (Ware) | RACHAEL L. DOUD |
| 13 | (202) 326-2517 (Micklavzina) (202) 326-2212 (Choi) | ZACHARY A. DIETERT Assistant Directors |
| 14 | (202) 326-3286 (Sherling) | |
| 15 | (202) 326-3197 (fax) jware1@ftc.gov | */s/ Marcus P. Smith* BENJAMIN A. CORNFELD |
| 16 | imicklavzina@ftc.gov | MARCUS P. SMITH |
| 17 | schoi1@ftc.gov msherling@ftc.gov | Trial Attorneys |
| 18 | | Consumer Protection Branch |
| 19 | | Civil Division, U.S. Department of Justice |
| 20 | | 450 5th Street, NW, Suite 6400-South Washington, DC 20001 |
| 21 | | Tel.: (202) 305-1537 (Cornfeld) (202) 353-9712 (Smith) |
| 22 | | Fax: (202) 514-8742 |
| 23 | | Email: Benjamin.A.Cornfeld2@usdoj.gov Marcus.P.Smith@usdoj.gov |
| 24 | | |
| 25 | | Counsel for Plaintiff United States of America |
| 26 | | |
| 27 | | |
| 28 | | |