BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General, Civil Division
ARUN G. RAO
Deputy Assistant Attorney General, Civil Division
AMANDA N. LISKAMM
Director, Consumer Protection Branch
LISA K. HSIAO
Senior Deputy Director, Civil Litigation
RACHAEL L. DOUD
ZACHARY A. DIETERT
Assistant Directors
BENJAMIN A. CORNFELD
MARCUS P. SMITH
Trial Attorneys
Consumer Protection Branch
Civil Division, U.S. Department of Justice
450 5th Street, NW, Suite 6400-South
Washington, DC 20001
Telephone: (202) 305-1537 (Cornfeld)
              (202) 353-9712 (Smith)

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BYTEDANCE LTD., et al.<br><br>Defendants. | Case No. 2:24-cv-06535<br><br>**APPLICATION FOR LEAVE TO FILE UNREDACTED COMPLANT UNDER SEAL** |

Plaintiff the United States of America files this application for leave to file the unredacted complaint (filed concurrently, and a redacted version of which has been filed and is attached hereto as Exhibit A). Defendants have informed the Government that the unredacted complaint contains information that Defendants claim is confidential and should not be publicly disclosed. The Government does not believe that any portion of the unredacted complaint should be permanently placed under seal for the reasons set forth in the accompanying Declaration of Marcus P. Smith. Nevertheless, the Government has agreed to file a redacted complaint (ECF No. 1), and to file this application to permit Defendants the opportunity to argue to the Court that sealing the unredacted complaint is appropriate before the unredacted complaint is publicly filed.

Local Rule 79-5.2.2(b) provides a procedure for situations where, as here, a party wishes to file documents or information designated as confidential by an opposing party. The Government proposes that the Court apply the procedures set forth in Local Rule 79-5.2.2(b) even though, in this instance, no protective order is in place. Under Local Rule 79-5.2.2(b), Defendants will have four days to submit a declaration in support of their claim that the unredacted complaint should be permanently sealed. If Defendants do not file such a declaration within four days, or if, after reviewing Defendants' filing, the Court determines that Defendants failed to establish "good cause or demonstrate[e] compelling reasons why the strong presumption of public access in civil cases should be overcome," L.R. 79-5.2.2(a), the Government will file the unredacted complaint publicly.

## CONCLUSION

For the above reasons, the Government respectfully requests that, after review of Defendants' filings in support of permanently sealing the unredacted complaint, the Court reject Defendants' request that the unredacted complaint be permanently sealed, and order that the unredacted complaint be publicly filed.

| | | |
|---|---|---|
| | Dated: August 2, 2024 | Respectfully submitted, |

OF COUNSEL, FOR THE FEDERAL TRADE COMMISSION:

JONATHAN W. WARE
IRIS MICKLAVZINA
SARAH CHOI
MICHAEL SHERLING
Attorneys
Federal Trade Commission
600 Pennsylvania Avenue NW,
Mailstop CC-6316
Washington, DC 20580
(202) 326-2726 (Ware)
(202) 326-2517 (Micklavzina)
(202) 326-2212 (Choi)
(202) 326-3286 (Sherling)
 (202) 326-3197 (fax)
jware1@ftc.gov
imicklavzina@ftc.gov
schoi1@ftc.gov
msherling@ftc.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General, Civil Division

ARUN G. RAO
Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director, Consumer Protection Branch

LISA K. HSIAO
Senior Deputy Director, Civil Litigation

RACHAEL L. DOUD
ZACHARY A. DIETERT
Assistant Directors

*/s/ Marcus P. Smith*
BENJAMIN A. CORNFELD
MARCUS P. SMITH
Trial Attorneys

Consumer Protection Branch
Civil Division, U.S. Department of Justice
450 5th Street, NW, Suite 6400-South
Washington, DC 20001
Tel.:   (202) 305-1537 (Cornfeld)
           (202) 353-9712 (Smith)
Fax:   (202) 514-8742
Email: Benjamin.A.Cornfeld2@usdoj.gov
             Marcus.P.Smith@usdoj.gov

Counsel for Plaintiff
United States of America

**PROOF OF SERVICE**

I hereby certify that on August 2, 2024, I served the foregoing **Application for Leave to File Unredacted Complaint Under Seal** on all Defendants through counsel via email with their written consent at the addresses below:

DANIEL M. PETROCELLI
dpetrocelli@omm.com

STEPHEN MCINTYRE
smcintyre@omm.com

STEPHEN D. BRODY
sbrody@omm.com

*/s/ Marcus P. Smith*
Marcus P. Smith