BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General, Civil Division
ARUN G. RAO
Deputy Assistant Attorney General, Civil Division
AMANDA N. LISKAMM
Director, Consumer Protection Branch
LISA K. HSIAO
Senior Deputy Director, Civil Litigation
RACHAEL L. DOUD
ZACHARY A. DIETERT
Assistant Directors
BENJAMIN A. CORNFELD
MARCUS P. SMITH
Trial Attorneys
Consumer Protection Branch
Civil Division, U.S. Department of Justice
450 5th Street, NW, Suite 6400-South
Washington, DC 20001
Telephone: (202) 305-1537 (Cornfeld)
             (202) 353-9712 (Smith)

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BYTEDANCE LTD., et al.<br><br>Defendants. | Case No. 2:24-cv-06535<br><br>**[PROPOSED] ORDER** |

1    Upon Consideration of the United States's Application for Leave to File

2  Under Seal ("Application") and Defendants' Declarations in support of the

3  Application, it is hereby:

4  **ORDERED** that the Application is **DENIED**, and

5  **IT IS FURTHER ORDERED** that the United States shall file the unredacted

6  complaint publicly within four days of this order being entered.

7

8  SO ORDERED.

9  DATED this ___ day of _____, 2024

10                                                    _____

11                                                    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28