DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
STEPHEN J. MCINTYRE (S.B. #274481)
smcintyre@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California  90067-6035
Telephone:  +1 310 553 6700
Facsimile:   +1 310 246 6779

STEPHEN D. BRODY (*pro hac vice* forthcoming)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4001
Telephone:  +1 202 383 5300
Facsimile:   +1 202 383 5414

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>               Plaintiff,<br><br>     v.<br><br>BYTEDANCE LTD., BYTEDANCE INC., TIKTOK LTD., TIKTOK INC., TIKTOK PTE. LTD., and TIKTOK U.S. DATA SECURITY INC.,<br><br>               Defendants. | Case No. 2:24-cv-06535<br><br>**DEFENDANTS' STATEMENT REGARDING PLAINTIFF'S NOTICE OF RELATED CASES** |

Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc. (collectively, "Defendants"), through their undersigned counsel, respond to Plaintiff's Notice of Related Cases (ECF No. 3) as follows: Without adopting or agreeing with Plaintiff's description of the matters, Defendants agree that this case should be deemed related to *United States v. Musical.ly, et al.*, No. 2:19-cv-01439-ODW-RAO (C.D. Cal.) (Judge Otis D. Wright II, presiding).

In making this filing, Defendants do not thereby waive service of process, but expressly reserve all defenses, including as to service of process.[1]

---

[1] *See Colley v. Vierra*, 2020 WL 1216753, at *4 (C.D. Cal. 2020) ("A notice of appearance in federal court does not waive service of process as long as the defendant preserves the defense of insufficient process in its first responsive pleading.") (quotation omitted).

1  Respectfully submitted,

2  Dated: August 2, 2024      By:  /s/ *Daniel M. Petrocelli*
                                    Daniel M. Petrocelli

   DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
   STEPHEN MCINTYRE (S.B. #274481)
   smcintyre@omm.com
   O'MELVENY & MYERS LLP
   1999 Avenue of the Stars
   Los Angeles, California 90067-6035
   Telephone: +1 310 553 6700
   Facsimile: +1 310 246 6779

   STEPHEN D. BRODY (*pro hac vice* forthcoming)
   sbrody@omm.com
   O'MELVENY & MYERS LLP
   1625 Eye Street, NW
   Washington, DC 20006-4001
   Telephone: +1 202 383 5300
   Facsimile: +1 202 383 5414

   *Attorneys for ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

DEFENDANTS' STATEMENT RE NOTICE OF RELATED CASE