DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
STEPHEN J. MCINTYRE (S.B. #274481)
smcintyre@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California  90067-6035
Telephone:  +1 310 553 6700
Facsimile:   +1 310 246 6779

STEPHEN D. BRODY (*pro hac vice* forthcoming)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4001
Telephone:  +1 202 383 5300
Facsimile:   +1 202 383 5414

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BYTEDANCE LTD., BYTEDANCE INC., TIKTOK LTD., TIKTOK INC., TIKTOK PTE. LTD., and TIKTOK U.S. DATA SECURITY INC.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-06535<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES PURSUANT TO FED. R. CIV. P. 7.1 AND C.D. CAL. L.R. 7.1-1** |

Pursuant to Local Civil Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc. (collectively, "Defendants"), certifies that the following listed entities may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- ByteDance Ltd. (Defendant and corporate parent of ByteDance Inc. and TikTok Ltd.; ByteDance Ltd. has no corporate parent)
- ByteDance Inc. (Defendant)
- TikTok Ltd. (Defendant and corporate parent of TikTok Pte. Ltd. and TikTok LLC)
- TikTok Inc. (Defendant and corporate parent of TikTok U.S. Data Security Inc.)
- TikTok Pte. Ltd. (Defendant)
- TikTok U.S. Data Security Inc. (Defendant)
- TikTok LLC (corporate parent of TikTok Inc.)

No publicly held corporation owns 10% or more of the stock of ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., TikTok LLC, or TikTok U.S. Data Security Inc.

In making this filing, Defendants do not thereby waive service of process, but expressly reserve all defenses, including as to service of process.[1]

---

[1] *See Colley v. Vierra*, 2020 WL 1216753, at *4 (C.D. Cal. 2020) ("A notice of appearance in federal court does not waive service of process as long as the defendant preserves the defense of insufficient process in its first responsive pleading.") (quotation omitted).

DEFENDANTS' NOTICE OF INTERESTED PARTIES

| | | |
|---|---|---|
| 1 | Respectfully submitted, | |
| 2 | Dated: August 6, 2024 | By: /s/ *Daniel M. Petrocelli* |
| | | Daniel M. Petrocelli |

DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
STEPHEN MCINTYRE (S.B. #274481)
smcintyre@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

STEPHEN D. BRODY (*pro hac vice* forthcoming)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

*Attorneys for ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*