Name and address:

STEPHEN D. BRODY
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

Plaintiff(s),

v.

ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok Pte. Ltd. and TikTok U.S. Data Security Inc.

Defendant(s),

CASE NUMBER

2:24-cv-06535

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**
*PRO HAC VICE*

### INSTRUCTIONS FOR APPLICANTS

(1)  *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III.  Space to supplement responses is provided in Section IV.  The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application.  Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2)  *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.**  (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status.  See L.R. 83-2.1.4.)  A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address.  L.R. 5-4.4.2.*

### SECTION I - INFORMATION

Brody, Stephen D.

*Applicant's Name (Last Name, First Name & Middle Initial)*                    *check here if federal government attorney* ☐

O'Melveny & Myers LLP

*Firm/Agency Name*

| 1625 Eye Street, NW | 202-383-5300 | 202-383-5414 |
|---|---|---|
| | *Telephone Number* | *Fax Number* |

*Street Address*

| Washington, DC 20006 | sbrody@omm.com |
|---|---|
| *City, State, Zip Code* | *E-mail Address* |

**I have been retained to represent the following parties:**

| ByteDance Ltd., ByteDance Inc., TikTok Inc., TikTok Ltd., | ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* |
|---|---|
| TikTok Pte. Ltd., and TikTok U.S. Data Security Inc. | ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership.  Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See Section IV | | |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  8/7/2024

Stephen Brody
Applicant's Name (please type or print)

*(signature)*
Applicant's Signature

G-64 (10/23)          APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*          Page 2 of 3

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

McIntyre, Stephen

*Designee's Name (Last Name, First Name & Middle Initial)*

O'Melveny & Myers LLP

*Firm/Agency Name*

400 South Hope Street, 19th Floor

| 213-430-6000 | 213-430-6407 |
|---|---|
| *Telephone Number* | *Fax Number* |

*Street Address*

smcintyre@omm.com

Los Angeles, CA 90071

*Email Address*

*City, State, Zip Code*

274481

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated  8/7/2024

Stephen McIntyre

*Designee's Name (please type or print)*

/s/ Stephen McIntyre

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

Bar/Jurisdiction

Washington, D.C. (#459263)
Virginia (#40923)

Court Admissions
U.S. Court of Appeals, DC Circuit - Jan. 11, 2000
U.S. Court of Appeals, Third Circuit - Aug. 31, 2020
U.S. Court of Appeals, Fourth Circuit - May 1, 2014
U.S. Court of Appeals, Sixth Circuit - Sept. 7, 2017
U.S. Court of Appeals, Seventh Circuit - June 22, 2018
U.S. Court of Appeals, Ninth Circuit - Nov. 20, 2014
U.S. Court of Appeals, Tenth Circuit - Oct. 23, 2013
U.S. Court of Appeals, Eleventh Circuit - February 7, 2024
U.S. District Court, District of Columbia - Dec. 7, 1998
U.S. Supreme Court - Nov. 4, 1998



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Stephen D Brody

was duly qualified and admitted on August 7, 1998 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on July 31, 2024.**

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia,

do hereby certify that

Stephen Dudley Brody

was admitted to practice as an attorney and counsellor at the bar of this Court on

October 27, 1997.

I further certify that so far as the records of this office are

concerned, Stephen Dudley Brody is a member of the bar of this Court in

good standing.

Witness my hand and seal of said Court

This 2nd day of August

A.D. 2024

By:_____

Deputy Clerk