UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:24-cv-06535 |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| BYTEDANCE LTD., et al. | |
| Defendants. | |

Upon Consideration of the United States's Application for Leave to File Under Seal ("Application") and Defendants' Declarations in support of the Application, it is hereby:

**ORDERED** that the Application is **DENIED**, and

**IT IS FURTHER ORDERED** that the United States shall file the unredacted complaint publicly within four days of this order being entered.

SO ORDERED.

DATED: August 6, 2024

_____
United States District Judge