UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-06535-ODW (RAOx) | Date | September 20, 2024 |
|---|---|---|---|
| Title | *United States of America v. Bytedance Ltd. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**         **In Chambers**

    The Court received and reviewed Plaintiff's request for leave to file the unredacted complaint publicly.[1]  (Appl., ECF No. 4.)  The Defendants oppose the request and propose specific redactions in the complaint.  (ECF Nos. 13-14, 4-2.)  These redactions are already adopted in the filed complaint.  (ECF. No. 1.)

    The Court finds good cause to seal as to the proposed redactions and hereby **DENIES** the Plaintiff's request.  Accordingly, the Court **ORDERS** the entire complaint remain **UNSEALED <u>except</u>** for the redactions in Paragraphs 45, 67, 79, 80, and 81.

    **IT IS SO ORDERED.**

                                                                                : 00

Initials of Preparer    SE

---

[1] Plaintiff filed an Application for Leave to File Unredacted Complaint *Under Seal*.  (*See* Appl.)  However, the request actually seeks leave to file the unredacted complaint *publicly*.  (Appl. 2.)  Accordingly, the Court will address the Plaintiff's request as a request to file the unredacted complaint publicly.