DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
STEPHEN J. MCINTYRE (S.B. #274481)
smcintyre@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

STEPHEN D. BRODY (*pro hac vice*)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiffs,<br><br>v.<br><br>BYTEDANCE LTD., BYTEDANCE INC., TIKTOK LTD., TIKTOK INC., TIKTOK PTE. LTD., AND TIKTOK U.S. DATA SECURITY INC.,<br><br>Defendants. | Case No. 2:24-cv-06535 ODW (RAOx)<br><br>**DEFENDANTS' NOTICE OF ERRATA REGARDING APPLICATION FOR STEPHEN D. BRODY TO APPEAR PRO HAC VICE (ECF NO. 21)**<br><br>Hon. Otis D. Wright, II |

1  Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc. (collectively, "Defendants"), through their undersigned counsel, file this Notice of Errata to correct an error in the filing of non-resident attorney Stephen D. Brody's Application to Appear Pro Hac Vice (ECF No. 21) filed on August 7, 2024. Specifically, the version of the original application that was filed inadvertently omitted a case in which Mr. Brody was admitted to appear *pro hac vice* in this Court. Defendants have corrected the error and hereby attach a corrected copy of Mr. Brody's Application to Appear Pro Hac Vice as **Exhibit 1** to this Notice of Errata.

Respectfully submitted,

Dated: September 23, 2024

By: /s/ *Daniel M. Petrocelli*
Daniel M. Petrocelli

DANIEL M. PETROCELLI
(S.B. #97802)
dpetrocelli@omm.com
STEPHEN MCINTYRE (S.B. #274481)
smcintyre@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California  90067-6035
Telephone:  +1 310 553 6700
Facsimile:   +1 310 246 6779

STEPHEN D. BRODY (*pro hac vice*)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4001
Telephone:  +1 202 383 5300
Facsimile:   +1 202 383 5414

*Attorneys for ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*