# EXHIBIT 1

Name and address:

Stephen D. Brody
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>Plaintiff(s),<br><br>v.<br><br>ByteDance Ltd., ByteDance Inc., TikTok Inc., TikTok Ltd., TikTok Pte. Ltd., and TikTok U.S. Data Security, Inc.<br><br>Defendant(s), | CASE NUMBER<br><br>2:24-cv-06535<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE*  (CORRECTED) |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III.  Space to supplement responses is provided in Section IV.  The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application.  Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.**  (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status.  See L.R. 83-2.1.4.)  A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address.  L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Brody, Stephen
*Applicant's Name (Last Name, First Name & Middle Initial)*

check here if federal government attorney ☐

O'Melveny & Myers LLP
*Firm/Agency Name*

| 1625 Eye Street, NW | 202-383-5300 | 202-383-5414 |
|---|---|---|
| *Street Address* | *Telephone Number* | *Fax Number* |
| Washington, DC 20006 | | sbrody@omm.com |
| *City, State, Zip Code* | | *E-mail Address* |

**I have been retained to represent the following parties:**

| ByteDance Ltd., ByteDance Inc., TikTok Inc., TikTok Ltd., | ☐ *Plaintiff(s)*  [X] *Defendant(s)*  ☐ *Other:* |
| TikTok Pte. Ltd., and TikTok U.S. Data Security, Inc. | ☐ *Plaintiff(s)*  [X] *Defendant(s)*  ☐ *Other:* |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership.  Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See Section IV | | |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:22-cv-05920 | Burton v. AbbVie, Inc., et al. | 10/18/2023 | Granted |
| 2:24-cv-06535 | United States v. ByteDance, Ltd., et al. | 08/07/2024 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 9/23/2024

Stephen D. Brody
Applicant's Name (please type or print)

*/s/ Stephen D. Brody*
Applicant's Signature

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

McIntyre, Stephen
*Designee's Name (Last Name, First Name & Middle Initial)*

O'Melveny & Myers LLP
*Firm/Agency Name*

400 S. Hope Street, 19th Floor

*Street Address*

Los Angeles, CA 90071
*City, State, Zip Code*

213-430-6000
*Telephone Number*

213-430-6407
*Fax Number*

smcintyre@omm.com
*Email Address*

274481
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated  9/23/2024

Stephen McIntyre
*Designee's Name (please type or print)*

/s/ Stephen McIntyre
*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

Bar/Jurisdiction

Washington, D.C. - 1998 - #459263
Virginia - 1997 - #40923

Court Admissions
US Court of Appeals, DC Circuit - Jan 11, 2000
US Court of Appeals, Third Circuit - Aug 31, 2020
US Court of Appeals, Fourth Circuit - May 01, 2014
US Court of Appeals, Eighth Circuit - Jun 06, 2013
US Court of Appeals, Sixth Circuit - Sept. 07, 2017
US Court of Appeals, Seventh Circuit - Jun 22, 2018
US Court of Appeals, Ninth Circuit - Nov 21, 2014
US Court of Appeals, Tenth Circuit - Oct 23, 2013
US Court of Appeals, Eleventh Circuit- Feb. 7, 2024
US District Court, District of Columbia - Dec 07, 1998
US Supreme Court, - Nov 04, 1998



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Stephen D Brody

*was duly qualified and admitted on August 7, 1998 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on July 31, 2024.***

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***

# Supreme Court of Virginia

### AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Stephen Dudley Brody

was admitted to practice as an attorney and counsellor at the bar of this Court on October 27, 1997.

I further certify that so far as the records of this office are concerned, Stephen Dudley Brody is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 2nd day of August
A.D. 2024

By:_____
*Deputy Clerk*