UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-06535-ODW (RAOx) | Date | September 24, 2024 |
|---|---|---|---|
| Title | *United States of America v. Bytedance Ltd. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**          **In Chambers – Amended Minute Order**

    The Court has reviewed Plaintiff's request for leave to file the unredacted complaint publicly. (Appl., ECF No. 4.) Defendants oppose the request, contending specific material in the complaint would permit users to circumvent Defendants' security protocols if disclosed. (Decls. ISO Seal, ECF Nos. 13–14.) Defendants propose narrowly tailored and minimal redactions in the complaint to mitigate this risk. (*Id.*) These redactions are provisionally applied in the complaint currently on file with the Court. (*See* ECF No. 1.)

    The Court finds good cause to maintain the redacted information under seal and hereby **DENIES** Plaintiff's request. (ECF No. 4.) Accordingly, the Court **ORDERS** Plaintiff to file **UNDER SEAL** the unredacted complaint, **within five (5) days** of this Order.

    **IT IS SO ORDERED.**

                                                                    : 00

Initials of Preparer    SE