1  DANIEL M. PETROCELLI
   (S.B. #97802)
2  dpetrocelli@omm.com
   STEPHEN MCINTYRE
3  (S.B. #274481)
   smcintyre@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars
5  Los Angeles, California 90067-6035
   Telephone: +1 310 553 6700
6  Facsimile: +1 310 246 6779

7  STEPHEN D. BRODY (*pro hac vice*)
   sbrody@omm.com
8  O'MELVENY & MYERS LLP
   1625 Eye Street, NW
9  Washington, DC 20006-4001
   Telephone: +1 202 383 5300
10 Facsimile: +1 202 383 5414

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>BYTEDANCE LTD., BYTEDANCE INC., TIKTOK LTD., TIKTOK INC., TIKTOK PTE. LTD., and TIKTOK U.S. DATA SECURITY INC.,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-06535-ODW (RAOx)<br><br>**DEFENDANTS' UNOPPOSED APPLICATION FOR *IN CAMERA* CONFERENCE**<br><br>Judge: Hon. Otis D. Wright, II<br>Magistrate Judge: Hon. Rozella A. Oliver |

TO THE HONORABLE UNITED STATES DISTRICT JUDGE OTIS D. WRIGHT, II:

    Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc., hereby request a telephonic or video conference at the earliest convenient date and time to discuss this action. With the Court's permission, because of the sensitivity of the matter, Defendants respectfully request that the conference be conducted *in camera*. The United States does not oppose Defendants' request.[1]

Dated: November 4, 2024

Respectfully submitted,

O'MELVENY & MYERS, LLP

*/s/ Daniel M. Petrocelli*
DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
STEPHEN MCINTYRE (S.B. #274481)
smcintyre@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California  90067-6035
Telephone:  +1 310 553 6700
Facsimile:   +1 310 246 6779

STEPHEN D. BRODY (*pro hac vice*)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4001
Telephone:  +1 202 383 5300
Facsimile:   +1 202 383 5414

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

---

[1] This application is made following conferences of counsel pursuant to Local Rule 7-3, which took place on October 9, 2024 and November 1, 2024.