UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BYTEDANCE LTD., BYTEDANCE INC., TIKTOK INC., TIKTOK LTD., TIKTOK PTE. LTD., AND TIKTOK U.S. DATA SECURITY INC.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-06535-ODW (RAOx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED APPLICATION FOR *IN CAMERA* CONFERENCE**<br><br>Hon. Otis D. Wright II<br>Magistrate Judge: Hon. Rozella A. Oliver |

1     The Court, having considered Defendants ByteDance Ltd., ByteDance Inc.,
2 TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.'s
3 Unopposed Application For *In Camera* Conference (the "Application"), and good
4 cause appearing therefore, hereby GRANTS the Application and ORDERS a
5 conference to take place *in camera* at _____ on _____,
6 2024.

8     **IT IS SO ORDERED.**

                                      _____
                                      Judge Otis D. Wright, II

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED APPLICATION