UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-06535-ODW (RAOx) | Date | November 8, 2024 |
|---|---|---|---|
| Title | *United States of America v. Bytedance Ltd. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**            **In Chambers**

    On November 4, 2024, Defendants filed an unopposed request to conduct an in camera telephonic or video conference with the Court.  (ECF No. 35.)  Defendants state simply that the matter is sensitive and provide no context as to why the conference is required.  (*Id.* 2.)  It is also unclear whether the request requires only Defendants or both parties to be present at the conference.  (*Id.*)

    Because the Court lacks information to understand the need and context of the requested conference, the request is hereby **DENIED**.  Defendants may file an amended request addressing the above deficiencies, and, if necessary, may seek leave to file such request under seal and/or in camera pursuant to Local Rules 79-5 and 79-6 and Federal Rule of Civil Procedure 5.2(d).

    **IT IS SO ORDERED.**

                                                                                       :   00
                                                       Initials of Preparer   SE