UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| No. | 2:24-cv-06535-ODW (RAO) | Date | November 14, 2024 |
|---|---|---|---|
| Title | *United States of America v. Bytedance Ltd. et al.* | | |

Present: The Honorable   Otis D. Wright II, United States District Judge

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not present   Not present

**Proceedings (In Chambers):**   **In Chambers**

The parties are **ORDERED** to **SHOW CAUSE**, in writing only, by no later than **November 21, 2024**, why the following cases should not be consolidated:

- 2:24-cv-07922-ODW (RAOx), *Jody Villanueva et al. v. Bytedance Inc. et al.*;
- 2:24-cv-06784-ODW (RAOx), *A.A. et al. v. Bytedance Inc. et al.*; and
- 2:24-cv-06535-ODW (RAOx), *United States of America v. Bytedance Ltd. et al.*

No hearing will be held. The Court will accept a stipulation to consolidate as an appropriate response and will otherwise discharge this order upon receipt of the parties' responses. The failure to timely respond may result without further notice in dismissal, *sua sponte* consolidation, or sanctions.

**IT IS SO ORDERED.**

                                                                                         : 00

Initials of Preparer   SE