DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
STEPHEN J. MCINTYRE (S.B. #274481)
smcintyre@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California  90067-6035
Telephone:  +1 310 553 6700
Facsimile:    +1 310 246 6779

STEPHEN D. BRODY (*pro hac vice* forthcoming in *S.J.* action)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4001
Telephone:  +1 202 383 5300
Facsimile:    +1 202 383 5414

*Attorneys for Defendants ByteDance Ltd.,*
*ByteDance Inc., TikTok Ltd., TikTok Inc.,*
*TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>BYTEDANCE LTD., BYTEDANCE INC., TIKTOK LTD., TIKTOK INC., TIKTOK PTE. LTD., and TIKTOK U.S. DATA SECURITY INC.,<br><br>Defendants. | Case No. 2:24-cv-06535 ODW (RAOx)<br><br>Hon. Otis D. Wright, II |
| JODY VILLANUEVA, on behalf of J.C.; ALEXIS DOUGLAS on behalf of A.J.; MARCELO MUTO on behalf of B.M.; HEATHER BRESETTE on behalf of L.F.; DARRYL MAULTSBY on behalf of D.M.; RYAN HOYT on behalf of D.R.H., D.W.H., and R.W.; VALERIE GATES on behalf of M.G.; LAMARTINE PIERRE, JR., on behalf of C.P.; ANGELA FAUCETT, on behalf of K.F.; and KAYLA JARAMILLO on behalf of J.W.,<br><br>Plaintiffs, | Case No. 2:24-cv-06784 ODW (RAOx)<br><br>Hon. Otis D. Wright, II |

DEFENDANTS' NOTICE OF
RELATED CASES

1    v.

2    BYTEDANCE LTD.; BYTEDANCE
     INC.; TIKTOK LTD.; TIKTOK INC.;
3    TIKTOK LLC; TIKTOK PTE. LTD.;
     and TIKTOK U.S. DATA SECURITY
4    INC.,

5                    Defendants.

6

7    **CONSOLIDATED ACTION FROM:**    Case No. 2:24-cv-06784 ODW (RAOx)

8    A.A., a minor, by and through their    Hon. Otis D. Wright, II
     guardian at litem, MARCELO MUTO;
9    A.B., a minor, by and through their
     guardian at litem, HEATHER
10   BRESSETTE; and A.C., a minor, by and
     through their guardian at litem,
11   DARRYL MAULTSBY, individually
     and on behalf of others similarly
12   situated,

13                    Plaintiffs,

14   v.

15   BYTEDANCE INC., BYTEDANCE
     LTD., TIKTOK LTD., TIKTOK INC.,
16   TIKTOK PTE. LTD., and TIKTOK U.S.
     DATA SECURITY INC.,

17                    Defendants.

18   **AND:**

19

20   JODY VILLANUEVA, on behalf of    Case No. 2:24-cv-07922 ODW (RAOx)
     J.C.; ANGELA FAUCETT, on behalf
21   of K.F.; and LAMARTINE PIERRE, JR.,    Hon. Otis D. Wright, II
     on behalf of C.P.,
22

23                    Plaintiffs,

24   v.

25   BYTEDANCE INC., BYTEDANCE
     LTD., TIKTOK LTD., TIKTOK INC.,
26   TIKTOK PTE. LTD., and TIKTOK U.S.
     DATA SECURITY INC.,
27
                     Defendants.
28

                              - 2 -

                                        DEFENDANTS' NOTICE OF
                                        RELATED CASES

1
2  S.J., individually and on behalf of all          Case No. 2:25-cv-00175
   others similarly situated,
3
                    Plaintiffs,
4
        v.
5
   BYTEDANCE INC., BYTEDANCE
6  LTD., TIKTOK LTD., TIKTOK INC.,
   TIKTOK PTE. LTD., and TIKTOK U.S.
7  DATA SECURITY INC.,
8                   Defendants.
9
          ## DEFENDANTS' NOTICE OF RELATED CASES
10
11        By order dated August 14, 2024, the action *United States v. ByteDance Ltd.*,

12  No. 2:24-cv-06535 ODW (RAOx) (C.D. Cal. Aug. 2, 2024) ("*U.S. v. ByteDance*"),

13  was determined to be related to *United States v. Musical.ly*, No. 2:19-cv-01439

14  ODW (RAOx) (C.D. Cal. Feb. 27, 2019), and was transferred to the Honorable Otis

15  D. Wright II for all further proceedings.  *See U.S. v. ByteDance*, No. 2:24-cv-06535

16  ODW (RAOx), Dkt. 25.

17        By order dated September 11, 2024, the action *A.A. v. ByteDance Inc.*, No.

18  2:24-cv-06784-ODW (RAOx) (C.D. Cal. Aug. 9, 2024) ("*A.A.*"), was determined to

19  be related to *U.S. v. ByteDance*, and was transferred to Judge Wright for all further

20  proceedings.  *See A.A.*, No. 2:24-cv-06784 ODW (RAOx), Dkt. 31.

21        By order dated October 22, 2024, the action *Villanueva v. ByteDance Inc.*,

22  No. 2:24-cv-07922 ODW (RAOx) (C.D. Cal. Sept. 17, 2024) ("*Villanueva*"), was

23  determined to be related to *U.S. v. ByteDance*, and was transferred to Judge Wright

24  for all further proceedings. *See Villanueva*, No. 2:24-cv-07922 ODW (RAOx), Dkt.

25  29.

26        By order dated November 25, 2024, the *A.A.* and *Villanueva* actions were

27  ordered consolidated by Judge Wright. Minute Order, *A.A. v. ByteDance Inc.*, No.

28  2:24-cv-06784-ODW (RAOx), Dkt. 52.

DEFENDANTS' NOTICE OF
RELATED CASES

1      On December 16, 2024, the *A.A.* and *Villanueva* plaintiffs filed a

2   consolidated class-action complaint under the *Villanueva* caption. Consolidated

3   Class Action Compl. ("*Villanueva* Consolidated Action"), *Villanueva*, No. 2:24-cv-

4   06784-ODW (RAOx), Dkt. 53 ("*Villanueva* Consol. Compl.").

5      Pursuant to Local Rule 83-1.3.1, Defendants ByteDance Ltd., ByteDance

6   Inc., TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., and TikTok U.S. Data Security

7   Inc. (collectively, "Defendants") file this Notice of Related Cases to inform the

8   Court that *U.S. v. ByteDance* and the *Villanueva* Consolidated Action are related to

9   another action that has been filed in this District: *S.J. v. ByteDance Inc.*, No. 2:25-

10  cv-00175 (C.D. Cal. Jan. 7, 2025) ("*S.J.*"). *S.J.* is related to *U.S. v. ByteDance* and

11  the *Villanueva* Consolidated Action because all three actions are asserted against

12  the same Defendants; arise from allegations of the same or a closely related

13  transaction, happening, or event; and call for a determination of the same or

14  substantially related questions of law or fact. Indeed, plaintiffs in *S.J.* identified the

15  *Villanueva* Consolidated Action as related to *S.J.* in the civil cover sheet that

16  accompanied their complaint.  *S.J. v. ByteDance Inc.*, No. 2:25-cv-00175, Dkt. 2 at

17  3.

18     While Defendants vigorously dispute plaintiffs' allegations, in all three cases

19  plaintiffs assert that the same alleged conduct by Defendants violates the law. For

20  example, in each case, plaintiffs allege that children under the age of 13 could

21  circumvent TikTok's "age gate," that Defendants knew children under 13 were

22  accessing TikTok outside of "Kids Mode" but failed to take action, and that

23  Defendants have not abided by the 2019 injunction entered in *United States v.*

24  *Musical.ly*, No. 2:19-cv-01439-ODW (RAOx). Both the *Villanueva* Consolidated

25  Action and *S.J.* complaints draw heavily from the *U.S. v. ByteDance* complaint. All

26  three cases therefore arise from the same alleged transaction, happening, or event.

27     Likewise, all three cases call for a determination of the same or substantially

28  related questions of law or fact. The causes of action in the *Villanueva* Consolidated

DEFENDANTS' NOTICE OF
RELATED CASES

Action and *S.J.* significantly overlap—both complaints bring claims for invasion of privacy, unfair competition, and unjust enrichment. And while the causes of action in *U.S. v. ByteDance* and the two private class actions are generally based on different statutes and laws, the allegedly unlawful conduct is the same. Moreover, in *U.S. v. ByteDance*, the United States alleges that Defendants' conduct violates the Children's Online Privacy Protection Act ("COPPA") and the Federal Trade Commission Act ("FTC Act"), while many of the causes of action in *S.J.* and the *Villanueva* Consolidated Action are expressly premised on alleged COPPA violations or alleged violations of "Little FTC Acts," which the *Villanueva* Consolidated Action plaintiffs tout as "enacted for the specific purpose of supplementing the FTC's mission of protecting consumers … by providing state citizens with a private right of action to seek redress for harm arising out of those acts which are also prohibited by the FTC Act."  *Villanueva* Consol. Compl. ¶ 173.

Accordingly, *U.S. v. ByteDance*, the *Villanueva* Consolidated Action, and *S.J.* are related cases within the meaning of Local Rule 83-1.1.3.

In making this filing, Defendants expressly reserve all defenses, including as to service of process.

DEFENDANTS' NOTICE OF
RELATED CASES

1  Respectfully submitted,

2  Dated:  January 8, 2025

By:      /s/ *Daniel M. Petrocelli*
        Daniel M. Petrocelli

DANIEL M. PETROCELLI
(S.B. #97802)
dpetrocelli@omm.com
STEPHEN MCINTYRE (S.B. #274481)
smcintyre@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California  90067-6035
Telephone:  +1 310 553 6700
Facsimile:   +1 310 246 6779

STEPHEN D. BRODY (*pro hac vice*
forthcoming in *S.J.* action)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4001
Telephone:  +1 202 383 5300
Facsimile:   +1 202 383 5414

*Attorneys for ByteDance Ltd., ByteDance
Inc., TikTok Ltd., TikTok Inc., TikTok Pte.
Ltd., and TikTok U.S. Data Security Inc.*

- 6 -

## CERTIFICATE OF SERVICE

I certify that on January 8, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which automatically services all counsel of record for the parties who have appeared.

Dated: January 8, 2025                    */s/ Daniel M. Petrocelli*
                                          Daniel M. Petrocelli

DEFENDANTS' NOTICE OF
RELATED CASES