DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
STEPHEN J. MCINTYRE (S.B. #274481)
smcintyre@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

STEPHEN D. BRODY (*pro hac vice*
forthcoming in *R.W.* action)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

*Attorneys for Defendants ByteDance Inc., ByteDance Ltd., TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>BYTEDANCE LTD., BYTEDANCE INC., TIKTOK LTD., TIKTOK INC., TIKTOK PTE. LTD., and TIKTOK U.S. DATA SECURITY INC.,<br><br>Defendants. | Case No. 2:24-cv-06535 ODW (RAOx)<br><br>Hon. Otis D. Wright, II |
| J.C., a minor, by and through their guardian ad litem, JODY VILLANUEVA; A.J., a minor, by and through their guardian ad litem, ALEXIS DOUGLAS; B.M., a minor, by and through their guardian ad litem, MARCELO MUTO; L.F., a minor, by and through their guardian ad litem, HEATHER BRESETTE; D.M., a minor, by and through their guardian ad litem, DARRYL MAULTSBY; D.R.H., D.W.H., and R.W., minors, by and through their guardian ad litem, RYAN | Case No. 2:24-cv-06784 ODW (RAOx)<br><br>Hon. Otis D. Wright, II |

DEFENDANTS' NOTICE OF RELATED CASES

|   |   |   |
|---|---|---|
| 1 | HOYT; M.G., a minor, by and through their guardian ad litem, VALERIE GATES; C.P., a minor, by and through their guardian ad litem, LAMARTINE PIERRE, JR.; K.F., a minor, by and through their guardian ad litem, ANGELA FAUCETT; and J.W., a minor, by and through their guardian ad litem, KAYLA JARAMILLO, individually and on behalf of all others similarly situated, | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | Plaintiffs, | |
| 8 | v. | |
| 9 | BYTEDANCE LTD.; BYTEDANCE INC.; TIKTOK LTD.; TIKTOK INC.; TIKTOK LLC; TIKTOK PTE. LTD.; and TIKTOK U.S. DATA SECURITY INC., | |
| 10 | | |
| 11 | | |
| 12 | Defendants. | |
| 13 | | |
| 14 | R.W., a minor by and through their guardian ad litem, PAMELA HANCOCK, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-00948 |
| 15 | | |
| 16 | | |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | BYTEDANCE INC., BYTEDANCE LTD., TIKTOK LTD., TIKTOK INC., TIKTOK PTE. LTD., and TIKTOK U.S. DATA SECURITY INC., | |
| 20 | | |
| 21 | Defendants. | |
| 22 | | |

### DEFENDANTS' NOTICE OF RELATED CASES

Pursuant to Local Rule 83-1.3.1, Defendants ByteDance Inc., ByteDance Ltd., TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc. (collectively, "Defendants") file this Notice of Related Cases to inform the Court that the actions *United States v. ByteDance Ltd.*, No. 2:24-cv-06535 ODW (RAOx) (C.D. Cal. Aug. 2, 2024) ("*U.S. v. ByteDance*") and *J.C. v. ByteDance*, No.

DEFENDANTS' NOTICE OF RELATED CASES

1  2:24-cv-07922 ODW (RAOx) (C.D. Cal. Dec. 16, 2024) ("*J.C.*") are related to
2  another action that has been filed in this District: *R.W. v. ByteDance Inc.*, No. 2:25-
3  cv-00948 (C.D. Cal. Feb. 4, 2025) ("*R.W.*").

4        By order dated August 14, 2024, the action *U.S. v. ByteDance* was
5  determined to be related to *United States v. Musical.ly*, No. 2:19-cv-01439 ODW
6  (RAOx) (C.D. Cal. Feb. 27, 2019) ("*U.S. v. Musical.ly*"), and was transferred to the
7  Honorable Otis D. Wright II for all further proceedings. *See U.S. v. ByteDance*, No.
8  2:24-cv-06535 ODW (RAOx), Dkt. 25.

9        By order dated September 11, 2024, the action *A.A. v. ByteDance Inc.*, No.
10  2:24-cv-06784-ODW (RAOx) (C.D. Cal. Aug. 9, 2024) ("*A.A.*"), was determined to
11  be related to *U.S. v. ByteDance*, and was transferred to Judge Wright for all further
12  proceedings. *See A.A.*, No. 2:24-cv-06784 ODW (RAOx), Dkt. 31.

13        By order dated October 22, 2024, the action *Villanueva v. ByteDance Inc.*,
14  No. 2:24-cv-07922 ODW (RAOx) (C.D. Cal. Sept. 17, 2024) ("*Villanueva*"), was
15  determined to be related to *U.S. v. ByteDance*, and was transferred to Judge Wright
16  for all further proceedings. *See Villanueva*, No. 2:24-cv-07922 ODW (RAOx), Dkt.
17  29.

18        By order dated November 25, 2024, the *A.A.* and *Villanueva* actions were
19  ordered consolidated by Judge Wright. Minute Order, *A.A. v. ByteDance Inc.*, No.
20  2:24-cv-06784-ODW (RAOx), Dkt. 52. On December 16, 2024, the *A.A.* and
21  *Villanueva* plaintiffs filed a consolidated class-action complaint, now captioned as
22  *J.C. v. ByteDance*. *See* Consolidated Class Action Compl., *J.C.*, No. 2:24-cv-
23  06784-ODW (RAOx), Dkt. 53.[1]

---

26  [1] The *J.C.* plaintiffs submitted a corrected class-action complaint following the
27  Court's January 6, 2025, Order. *See* Corrected Consolidated Class Action Compl.,
   *J.C.*, No. 2:24-cv-06784-ODW (RAOx), Dkt. 73 ("*J.C.* Corrected Consol.
28  Compl."). The plaintiffs made no material changes to their allegations.

DEFENDANTS' NOTICE OF RELATED CASES

  *R.W.* is related to *U.S. v. ByteDance* and *J.C.* because all three actions are asserted against the same Defendants; arise from allegations of the same or a closely related transaction, happening, or event; and call for a determination of the same or substantially related questions of law or fact. Indeed, plaintiff in *R.W.* identified *U.S. v. ByteDance* and *J.C.* as related to *R.W.* in the civil cover sheet that accompanied the *R.W.* complaint. *See* Civil Cover Sheet, *R.W.*, No. 2:25-cv-00948 (C.D. Cal. Feb. 4, 2025), Dkt. 2.

  While Defendants vigorously dispute plaintiffs' allegations, in all three cases plaintiffs assert that the same alleged conduct by Defendants violates the law. For example, in each case, plaintiffs allege that children under the age of 13 could circumvent TikTok's "age gate," that Defendants knew children under 13 were accessing TikTok outside of "Kids Mode" but failed to take action, and that Defendants have not abided by the 2019 injunction entered in *U.S. v. Musical.ly*. Both the Consolidated Action and *R.W.* complaints draw heavily from the *U.S. v. ByteDance* complaint. All three cases therefore arise from the same alleged transaction, happening, or event.

  Likewise, all three cases call for a determination of the same or substantially related questions of law or fact. The causes of action in the Consolidated Action and *R.W.* significantly overlap—both complaints bring claims for invasion of privacy, unfair competition, and unjust enrichment. And while the causes of action in *U.S. v. ByteDance* and the two private class actions are generally based on different statutes and laws, the allegedly unlawful conduct is the same. Moreover, in *U.S. v. ByteDance*, the United States alleges that Defendants' conduct violates the Children's Online Privacy Protection Act ("COPPA") and the Federal Trade Commission Act ("FTC Act"), while several causes of action in *R.W.* and the Consolidated Action are expressly premised on alleged COPPA violations or alleged violations of "Little FTC Acts," which the Consolidated Action plaintiffs tout as "enacted for the specific purpose of supplementing the FTC's mission of

DEFENDANTS' NOTICE OF RELATED CASES

protecting consumers … by providing state citizens with a private right of action to seek redress for harm arising out of those acts which are also prohibited by the FTC Act." *J.C.* Corrected Consol. Compl. ¶ 174.

Accordingly, *U.S. v. ByteDance*, the Consolidated Action, and *R.W.* are related cases within the meaning of Local Rule 83-1.1.3.

In making this filing, Defendants expressly reserve all defenses.

Respectfully submitted,

Dated: February 5, 2025

By: /s/ *Daniel M. Petrocelli*
    Daniel M. Petrocelli

DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
STEPHEN MCINTYRE (S.B. #274481)
smcintyre@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

STEPHEN D. BRODY (*pro hac vice* forthcoming in *R.W.* action)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

*Attorneys for ByteDance Inc., ByteDance Ltd., TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

DEFENDANTS' NOTICE OF RELATED CASES

**CERTIFICATE OF SERVICE**

I certify that on February 5, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which automatically services all counsel of record for the parties who have appeared.

Dated: February 5, 2025                    */s/ Daniel M. Petrocelli*
                                                      Daniel M. Petrocelli

DEFENDANTS' NOTICE OF RELATED CASES