# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | **CASE NUMBER** |
| | PLAINTIFF(S) | CV 24-6535-ODW-RAOx |
| v. | | |
| BYTEDANCE LTD., et al., | | **ORDER TRANSFERRING CIVIL ACTION** |
| | DEFENDANT(S). | |

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, IT IS HEREBY ORDERED that the above-entitled civil action be transferred to the calendar of Judge

GEORGE H. WU                for all further proceedings.

April 9, 2025
Date

_George H. Wu_
United States District Judge

April 9, 2025
Date

United States District Judge

## NOTICE TO COUNSEL FROM CLERK

On all documents subsequently filed in this case, please substitute the initials    GW    after the case number, so that the case number will read   2:24-cv-06535 GW (RAOx)  .  This is very important because documents are routed to the assigned judge by means of these initials.

cc: ☐ *Previous Judge*    ☐ *Statistics Clerk*