# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 24-6535-GW-RAOx | Date | April 14, 2025 |
| Title | *United States of America v. Bytedance, Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Suzanne McKennon | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

March Smith, US DOJ                  Daniel M. Petrocelli
                                     Matthew D. Powers

**PROCEEDINGS:** STATUS CONFERENCE

Hearing is held. Court and counsel confer. For reasons stated on the record, the status conference is continued to April 28, 2025 at 10:00 a.m. The parties are to file a joint report by noon on April 24, 2025.

: 10

Initials of Preparer    JG