UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-6535-GW-RAOx | Date | April 28, 2025 |
|---|---|---|---|
| Title | *United States of America v. Bytedance, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| March Smith, US DOJ, by telephone | Daniel M. Petrocelli<br>Matthew D. Powers |

**PROCEEDINGS:**     **STATUS CONFERENCE**

Court and counsel confer. For reasons stated on the record, the Government is free to litigate its case including whatever discovery it wants. The Court continues the status conference to May 29, 2025 at 10:00 a.m.

|  | : | 05 |
|---|---|---|
|  | Initials of Preparer | JG |