UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-6535-GW-RAOx | Date | May 29, 2025 |
|---|---|---|---|
| Title | *United States of America v. Bytedance, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| March Smith, US DOJ, by telephone | Daniel M. Petrocelli |
| | Matthew D. Powers |

**PROCEEDINGS:** STATUS CONFERENCE

Court and counsel confer. For reasons stated on the record, the status conference is continued to June 20, 2025 at 9:30 a.m. Counsel for the government may appear by Zoom by contacting the court clerk for Zoom information.

|  | : | 01 |
|---|---|---|
| Initials of Preparer | JG | |