UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-06535-GW-RAO | Date | July 14, 2025 |
|---|---|---|---|
| Title | *United States of America v. Bytedance Ltd. et al* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Maria Lindaya | Terri Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Marcus Smith - ZOOM<br>Sarah Williams - ZOOM | Daniel M. Petrocelli<br>Matthew D. Powers |

**PROCEEDINGS:**   **STATUS CONFERENCE**

Court and counsel confer. A sealed hearing was held. For reasons stated on the record, the parties agree to continue to meet and confer regarding preservation issues.

|   | : | 39 |
|---|---|---|
| | Initials of Preparer | mal |