1    DANIEL M. PETROCELLI (S.B. #97802)
     dpetrocelli@omm.com
2    O'MELVENY & MYERS LLP
     1999 Avenue of the Stars, Suite 800
3    Los Angeles, California 90067-6035
     Telephone:  +1 310 553 6700
4    Facsimile:   +1 310 246 6779

5    STEPHEN D. BRODY (*pro hac vice*)
     sbrody@omm.com
6    O'MELVENY & MYERS LLP
     1625 Eye Street, NW
7    Washington, D.C. 20006-4001
     Telephone:  +1 202 383 5300
8    Facsimile:   +1 202 383 5414

9    MATTHEW D. POWERS (S.B. #212682)
     mpowers@omm.com
10   O'MELVENY & MYERS LLP
     Two Embarcadero Center
11   San Francisco, CA 94111
     Telephone:  +1 415 984 8700
12   Facsimile:   +1 415 984 8701

13   *Attorneys for Defendants ByteDance Ltd.,*
     *ByteDance Inc., TikTok Ltd., TikTok Inc.,*
14   *TikTok LLC, TikTok Pte. Ltd., and*
     *TikTok U.S. Data Security Inc.*

15

16                  **UNITED STATES DISTRICT COURT**

17                  **CENTRAL DISTRICT OF CALIFORNIA**

18

| 19 | UNITED STATES, | Case No. 2:24-cv-06535-GW RAO |
|----|----------------|-------------------------------|
| 20 | Plaintiff, | **STIPULATION TO EXTEND CASE SCHEDULE BY 90 DAYS** |
| 21 | v. | |
| 22 | BYTEDANCE LTD., BYTEDANCE INC., TIKTOK LTD., TIKTOK INC., TIKTOK PTE. LTD., and TIKTOK U.S. DATA SECURITY INC., | *[Declaration of Daniel M. Petrocelli filed concurrently herewith]* |
| 23 | | |
| 24 | | |
| 25 | Defendants. | |
| 26 | | |

27

28

## STIPULATION

Pursuant to Central District of California Local Rule 7-1 and the Court's procedures, and with the Court's permission, Plaintiff the United States ("Plaintiff" or "the Government") and Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc. (collectively, "Defendants," and together with Plaintiff, the "Parties") hereby stipulate to a 90-day extension of all deadlines set forth in the Scheduling and Case Management Order, ECF No. 42.

WHEREAS, on August 2, 2024, the Government filed its Complaint for Permanent Injunction, Civil Penalty Judgment, and Other Relief against Defendants for alleged violations of the Children's Online Privacy Protection Act of 1998 ("COPPA"), ECF No. 1;

WHEREAS, on October 7, 2024, Defendants filed their Answer and Defenses to the Complaint, ECF No. 32;

WHEREAS, on December 5, 2024, the Parties filed a Rule 26(f) Joint Report setting forth their respective positions on case management issues, ECF No. 40;

WHEREAS, on December 10, 2024, the Court (Hon. Otis D. Wright II, presiding) entered the Scheduling and Case Management Order setting the current trial date and other corresponding deadlines in this case, ECF No. 42;

WHEREAS, on April 9, 2025, the Court transferred this case to the Honorable George H. Wu for all further proceedings, ECF No. 49;

WHEREAS, on July 3, 2025, Plaintiff served its First Set of Requests for the Production of Documents, which propounds 43 distinct document requests that will require significant time and effort to address;

WHEREAS, Defendants are continuing to expend substantial time and effort to resolve remaining issues regarding preservation of user data in *In re TikTok, Inc. Minor Privacy Litigation*, No. 2:25-ml-03144-GW-RAO (C.D. Cal.), and Defendants are preparing and intend to file a motion to dismiss the *In re TikTok*

plaintiffs' 176-page master consolidated complaint, both of which have and will involve extensive work;

WHEREAS, because of the press of these matters Defendants have proposed to the Government to defer responding to Plaintiffs' First Set of Requests for Production of Documents for a period of 90 days;

WHEREAS, the Government is amenable to this proposal provided the case schedule previously entered in this case can likewise be extended for 90 days;

WHEREAS, as set forth in the accompanying Declaration of Daniel M. Petrocelli, good cause exists for the requested 90-day extension and the parties have not previously sought to continue the deadlines in the Scheduling and Case Management Order;

WHEREAS, this stipulation is not entered into for the purpose of delay, but to avoid the needless expenditure of resources by the Parties and the Court.

NOW, THEREFORE, the Parties hereby stipulate and respectfully request that the following schedule be set:

| CURRENT DEADLINE | PROPOSED DEADLINE | MATTER |
|---|---|---|
| October 14, 2026 | January 12, 2027 | Percipient / Fact Discovery Cutoff |
| November 4, 2026 | February 3, 2027 | Expert Discovery Cutoff |
| November 25, 2026 | February 23, 2027 | Deadline to Conduct Settlement Conference |
| December 2, 2026 | March 2, 2027 | Deadline for Hearing Motions |
| January 13, 2027 | April 13, 2027 | Deadline to File: Proposed Pretrial Conference Order Memoranda and Contentions of Fact and Law Joint Witness List Joint Exhibit List and Exhibit Stipulation Proposed Verdict Form(s) |

STIPULATION TO EXTEND
CASE SCHEDULE BY 90 DAYS
NO. 2:24-CV-06535-GW RAO

| | | Proposed Jury Instructions / Disputed Jury Instructions |
| | | Proposed Voir Dire Questions |
| | | Joint Statement of the Case |
| | | Joint Status Report re: Settlement |
| January 13, 2027 | April 13, 2027 | Deadline to File Motions in Limine |
| January 20, 2027 | April 20, 2027 | Deadline to File Oppositions to Motions in Limine |
| January 20, 2027 | April 20, 2027 | Final Pretrial Conference at 1:30 p.m. |
| February 1, 2027 | May 3, 2027 | Hearing on Motions in Limine at 1:30 p.m. |
| February 4, 2027 | May 5, 2027 | Deadline to File Final Trial Exhibit Stipulation |
| February 9, 2027 | May 10, 2027 | Trial at 9:00 a.m. |

**SO STIPULATED.**

Pursuant to Local Rule 5-4.3.4, by my signature below, I, Daniel M. Petrocelli, attest that all other signatories concur in the filing's content and have authorized this filing.

1 | Dated:        August 6, 2025                    Respectfully submitted,

2

3                                                 By:  */s/ Daniel M. Petrocelli*
                                                        Daniel M. Petrocelli
4

5                                                 DANIEL M. PETROCELLI
                                                  dpetrocelli@omm.com
6                                                 O'MELVENY & MYERS LLP
                                                  1999 Avenue of the Stars
7                                                 Los Angeles, California 90067-6035
                                                  Telephone:  +1 310 553 6700
8                                                 Facsimile:   +1 310 246 6779

9                                                 STEPHEN D. BRODY
                                                  sbrody@omm.com
10                                                O'MELVENY & MYERS LLP
                                                  1625 Eye Street, NW
11                                                Washington, D.C. 20006-4001
                                                  Telephone:  +1 202 383 5300
12                                                Facsimile:   +1 202 383 5414

13                                                MATTHEW D. POWERS
                                                  mpowers@omm.com
14                                                O'MELVENY & MYERS LLP
                                                  Two Embarcadero Center, 28th Floor
15                                                San Francisco, California 94111-3832
                                                  Telephone: +1 415 984-8700
16                                                Facsimile: +1 415 984-8700

17                                                *Attorneys for Defendants ByteDance Ltd.,
                                                  ByteDance Inc., TikTok Ltd., TikTok Inc.,
18                                                TikTok LLC, TikTok Pte. Ltd., and TikTok
                                                  U.S. Data Security Inc.*

19

20                                                By:  */s/ Marcus P. Smith*
                                                        Marcus P. Smith
21

22                                                MARCUS P. SMITH
                                                  ZACHARY L. COWAN
23                                                SARAH WILLIAMS
                                                  U.S. Department of Justice
24                                                Civil Division, Consumer Protection
                                                  Branch
25                                                450 5th Street NW, Suite 6400
                                                  Washington, DC 20001
26                                                Telephone:  +1 202 353-9712
                                                  Facsimile:   +1 202 514-8742

27

28

                                    4         STIPULATION TO EXTEND
                                              CASE SCHEDULE BY 90 DAYS
                                              NO. 2:24-CV-06535-GW RAO

# CERTIFICATE OF SERVICE

I certify that on August 6, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which automatically services all counsel of record for the parties who have appeared.

Dated: August 6, 2025

*/s/ Daniel M. Petrocelli*
Daniel M. Petrocelli

STIPULATION TO EXTEND
CASE SCHEDULE BY 90 DAYS
NO. 2:24-CV-06535-GW RAO