# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BYTEDANCE LTD., BYTEDANCE INC., TIKTOK LTD., TIKTOK INC., TIKTOK PTE. LTD., and TIKTOK U.S. DATA SECURITY INC.,<br><br>　　　　　Defendants. | Case No. CV 24-6535-GW RAOx<br><br>**ORDER GRANTING STIPULATION TO EXTEND CASE SCHEDULE BY 90 DAYS** |

　　　The Court, having considered Plaintiff the United States's and Defendants ByteDance Ltd., ByteDance Inc., TikTok Inc., TikTok Ltd., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.'s Stipulation to Extend the Case Schedule by 90 Days ("Stipulation"), and having considered the Declaration of Daniel M. Petrocelli, and good cause appearing therefor, hereby GRANTS the Stipulation and ORDERS the following case schedule:

| DATE | MATTER |
|---|---|
| January 12, 2027 | Percipient / Fact Discovery Cutoff |
| February 3, 2027 | Expert Discovery Cutoff |
| February 23, 2027 | Deadline to Conduct Settlement Conference |
| February 25, 2027 | Deadline to file Joint Report re Mediation |
| March 1, 2027 at 8:30 a.m. | Post-Mediation Status Conference |
| March 1, 2027 | Deadline for Hearing Motions |
| April 13, 2027 | Deadline to File:<br>Proposed Pretrial Conference Order<br>Memoranda and Contentions of Fact and Law<br>Joint Witness List<br>Joint Exhibit List and Exhibit Stipulation<br>Proposed Verdict Form(s)<br>Proposed Jury Instructions / Disputed Jury Instructions<br>Proposed Voir Dire Questions<br>Joint Statement of the Case<br>Joint Status Report re: Settlement |
| April 13, 2027 | Deadline to File Motions in Limine |
| April 20, 2027 | Deadline to File Oppositions to Motions in Limine |
| April 22, 2027 | Final Pretrial Conference at 8:30 a.m. |
| May 3, 2027 | Hearing on Motions in Limine at 8:30 a.m. |
| May 5, 2027 | Deadline to File Final Trial Exhibit Stipulation |
| May 11, 2027 | Trial at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: August 7, 2025

*/s/ George H. Wu*

HON. GEORGE H. WU,
United States District Judge