STANLEY E. WOODWARD, JR.
Associate Attorney General
JOHN ADAMS
Deputy Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
202-514-2000 (Telephone)
Stanley.Woodward@usdoj.gov

Attorneys for Plaintiff United States of America

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BYTEDANCE LTD., BYTEDANCE INC., TIKTOK INC., TIKTOK LTD., TIKTOK PTE. LTD., AND TIKTOK U.S. DATA SECURITY INC.,<br><br>Defendants. | No. 2:24-cv-06535<br><br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiff the United States of America and Defendants ByteDance Ltd., ByteDance Inc., TikTok Inc., TikTok Ltd., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc., by their undersigned counsel, hereby stipulate and agree to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The dismissal shall be with prejudice.

**FOR THE UNITED STATES OF AMERICA:**

*/s/ Stanley E. Woodward, Jr.*______

STANLEY E. WOODWARD, JR.
Associate Attorney General
JOHN ADAMS
Deputy Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., Nw
Washington, D.C. 20530
202-514-9500 (Telephone)
Stanley.Woodward@usdoj.gov

*Counsel for Plaintiff United States of America*

**FOR DEFENDANTS:**

____________________________________

DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

STEPHEN D. BRODY (*pro hac vice*)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

*Attorneys for ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*