# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MUSICAL.LY, a corporation; and MUSICAL.LY, INC., a corporation,

Defendants.

Case No. 2:19-cv-1439-ODW-RAO

**[Proposed] Order**

The Court, having considered the United States' Consent Motion to Vacate Stipulated Order, and good cause appearing therefor, hereby GRANTS the Motion. The Stipulated Order entered in this action on March 27, 2019, *see* Dkt. 10, is hereby vacated.

IT IS SO ORDERED.

Dated: ________________

HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE